AO 442 (Rev. 5/93) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## District of Minnesota


RECEIVED
NOV 0 1 2007
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

UNITED STATES OF AMERICA

**WARRANT FOR ARREST**

V.

CASE NUMBER: CR 06-10 (1) ADM/JJG

0741 - 1214 -0295-2

Robert B. Beale

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest: Robert B. Beale

and bring him or her forthwith to the nearest Magistrate Judge to answer a Second Superseding Indictment charging him or her with:
   Count 1-Tax Evasion-2000, 26:7201 and 18:2
   Count 2-Tax Evasion-2001, 26:7201 and 18:2
   Count 3-Tax Evasion-2002, 26:7201 and 18:2
   Count 4-Tax Evasion-2003, 26:7201 and 18:2
   Count 5-Tax Evasion-2005, 26:7201 and 18:2
   Count 6-Conspiracy to Defraud the United States, 18:371
   Count 7-Failure to Appear, 18:3146(a)(1)

Ordered by:       Franklin L. Noel, United States District Court Magistrate Judge.

*Jackie Ellingson* (signature)
(By)   Jackie Ellingson, Deputy Clerk

December 12, 2006 at Mpls, MN

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at _____

Date Received: _____        Date of Arrest: _____

ARRESTED ON  11-1-07
ARRESTED BY  USMS - Orlando, FL
Name and Title of Arresting Officer          Signature of Arresting Officer
                U.S.
                DISTRICT        N    TA
          BY _____

criminal\warrant.frm

SCANNED
NOV 2 8 2007
DC Modified 12/08/04
U.S. DISTRICT COURT MPLS