UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 06-10(1) (ADM/JJG)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | ORDER OF REVOCATION AND |
| v. ) | DETENTION |
| ) | |
| ROBERT B. BEALE, ) | |
| ) | |
| Defendant. ) | |

This matter came on before the Court on December 12, 2007, for a hearing on the motion of the United States for revocation of the January 11, 2006, Order Setting Conditions of Release in the above-captioned action. The hearing was requested by the United States pursuant to 18 U.S.C. § 3148. The defendant, Robert Beale, was present at the hearing. Also present at the hearing was standby counsel, Dean Grau, Esq. The United States was represented by Assistant United States Attorney Michael L. Cheever.

A hearing pursuant to <u>Faretta v. California</u>, 422 U.S. 806 (1975), was held on the defendant's request to represent himself. Based on the Court's examination of the defendant and its observation of him at the hearing, the defendant was found to have knowingly, voluntarily, unequivocally, and intelligently waived his right to legal counsel and he was allowed to exercise his Sixth Amendment right to represent himself in these proceedings.

The defendant is charged by Second Superseding Indictment with five counts of tax evasion, one count of conspiracy to defraud the

United States, and one count of failing to appear. The last count was based on the defendant's failure to appear at his trial which was scheduled to begin August 14, 2006.

Based on the evidence presented, the arguments of counsel and the defendant, and all the files, records, and proceedings, it is the conclusion of the Court that there is probable cause to believe the defendant violated the conditions of his release by failing to appear for trial in violation of 18 U.S.C. § 3146 (a)(1), there is clear and convincing evidence that the defendant has violated his conditions of release, and there is no condition or combination of conditions of release which will reasonably assure the defendant's appearance at the proceedings in this case. Accordingly, the motion of the United States will be granted and an Order of Revocation and Detention is hereby issued pursuant to 18 U.S.C. § 3148.

IT IS HEREBY ORDERED that:

1. The Court grants the defendant's request to represent himself in this matter;

2. The motion of the United States for revocation of the defendant's release is granted;

3. The defendant is committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

4. The defendant shall be afforded reasonable opportunity to consult privately with standby counsel;

5. The defendant, who is representing himself, shall be given reasonable access to law library resources; and

6. Upon Order of the Court or request by the United States Attorney, the persons in charge of the correctional facility in which the defendant is confined shall deliver him to the United States Marshal for the purpose of appearance in connection with a court proceeding.

Dated: December 14, 2007        s/Susan Richard Nelson
                                Susan Richard Nelson
                                United States Magistrate Judge