# UNITED STATES DISTRICT COURT
### DISTRICT OF MINNESOTA



CHAMBERS OF
ANN D. MONTGOMERY
DISTRICT JUDGE

13W U.S. COURTHOUSE
MINNEAPOLIS, MINNESOTA 55415
612. 664.5090

April 11, 2008

Michael Cheever
Asst. United States Attorney
300 South Fourth Street, Suite 600
Minneapolis, MN 55415

Timothy Rank
Asst. United States Attorney
300 South Fourth Street, Suite 600
Minneapolis, MN 55415

Robert Beale
Reg. No. 12639-041
Sherburne County Jail
13880 Highway 10 NW
Elk River, MN 55330

Dean Grau, Esquire
80 South Eighth Street, Suite 4910
Minneapolis, MN 55402

    Re:    United States of America v.
              Robert Beale
              Criminal No. 06-10 ADM/JJG

Dear Counsel and Mr. Beale:

      Trial in the above-titled matter is scheduled to begin on Monday, April 21, 2008, at 9:00 a.m. All pretrial motions, proposed voir dire and jury instructions, witness and exhibit lists shall be filed and served on or before April 16, 2008. Two courtesy copies of these pleadings shall be sent to Judge Montgomery's chambers.

                                          Sincerely,

                                            s/Gertie Simon

                                          Gertie Simon
                                          Calendar Clerk to Judge Montgomery