

**U.S. Department of Justice**

*United States Attorney*
*District of Minnesota*

---

*600 United States Courthouse*                    *(612)664-5600*
*300 South Fourth Street*
*Minneapolis, MN  55415*
*www.usdoj.gov/usao/mn*

September 28, 2009

Robert Beale, #12639-041
FCI Yazoo City
2225 Haley Barbour Parkway
Yazoo City, MS 39194

    RE:  United States v. Robert Beale
          Criminal No. 06-10 ADM/JJG

Dear Mr. Beale:

    Thank you for your letter of September 20, 2009, regarding the Writ of Execution.

    In your letter, you reference a 90-day deadline.  However, the time for you to respond to the Writ is 20 days after receipt of the Writ and related documents.  See Clerk's Notice of Post-Judgment Levy Execution on Real Property.  In order to allow you to pay the judgment in full in lieu of execution, however, the government will not take action on the Writ until October 16, 2009.  Thereafter, the government will move forward to execute on and sell the property in order to recover the net proceeds for restitution victims.

    The payoff for restitution is $257,063.89.  You also owe a $200 special assessment from Criminal No. 08-210.  The total pay off of $257,263.89 should be paid by cashier's check or money order, payable to the Clerk of Court.  Please include the Criminal Number(s) above on the payment.

                      Sincerely,

                      B. TODD JONES
                      United States Attorney

                      *Mary Trippler*

        BY:  MARY U. TRIPPLER
        Assistant U.S. Attorney
        Attorney ID Number 110887

*[Handwritten diagonal annotation overlaid across the letter:]* "I, Robert Beale, Authorized Representative, accounts and order of the order of the United States Treasury $257,263.89 October 8, 2009. This Exempted from levy. NON-NEGOTIABLE FOR VALUE for value all related endorsements, in accordance with international law and request all proceeds to be released to me immediately. Deposit to the Court to be prepaid"